NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANNUM, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**DISMAS CHARITIES, INC.,**
*Defendant-Appellee.*

---

2011-5052

---

Appeal from the United States Court of Federal Claims in No. 10-CV-479, Judge Susan G. Braden.

---

**JUDGMENT**

---

JOSEPH A. CAMARDO, JR., Camardo Law Firm, P.C., of Auburn, New York, argued for plaintiff-appellant.

DAVID P. OLIVER, Trial Attorney, Commercial Litigation Branch, United States Department of Justice, of Washington, DC, argued for defendant-appelle United States.  With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and STEVEN J. GILLINGHAM, Assistant Director.

ALEX D. TOMASZCZUK, Pillsbury Winthrop Shaw Pittman LLP, of McLean, Virginia, argued for defendant-appellee Dismas Charities, Inc. With him on the brief were DANIEL S. HERZFELD and NICOLE Y. BEELER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 12, 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |